Nos. 623, 624, and 625. OKLAHOMA TAX COMMISSION *v.* UNITED STATES. February 15, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. W. A. Barnett, C. W. King,* and *A. L. Herr* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman Mac-Donald* for the United States.

No. 636. UNITED STATES *v.* DELIA. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* for the United States. *Messrs. Morton A. Eden* and *Jack N. Tucker* for respondent.